James P. Baxter
P.O. Box # 1163
Waterloo IA, 50704

RECEIVED
AUG 21 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

U.S. District Court, in & For

the northern district of Iowa

James Baxter

VS.

The U.S. Department of justice/ Federal Bureau of investigation, & 7 unnamed agents of the Federal Bureau of investigation et.Al. Sued in both their individual & professional capacity for unspecified damages.

Bivens Action per Bivens VS. Six unknown named agents of the Federal Bureau of narcotics; 403 U.S. 388 397 (1971).

(Cover Page)

**1.)Introduction :** The following document is intended as a Bivens action, in accordance with Bivens vs. six unknown agents of the Federal Bureau of narcotics 403 US 388 397 (1971). The purpose in filing this action is to hold the above unnamed agents accountable, for numerous violations of my search and seizure, and due process rights, which occurred at my home on 5/2/25; in accordance with the aforementioned case. There are in addition to this multiple violations of my first and second amendment rights as well. I am aware that Bivens is only recognized for fourth, fifth, and eighth amendment violations; and I am not seeking to attempt to expand the scope of the suit; however several of the first amendment violations involved, are also simultaneously examples of unlawful search and seizure, and violation of due process; so I will need to detail them in order to properly develop my fourth and fifth amendment claims.

**2.) Claim for relief :** The agents involved in executing a search warrant on my home, knowingly and deliberately overstepped the bounds of the search warrant, by unlawfully seizing items that were perfectly legal, and constituted no violation of the law whatsoever, under the laws of this state or under federal statute either. By violating the terms and conditions of the warrant, these seizures constitute a knowing and deliberate violation of my search and seizure, and my due process rights; under the fourth and fifth amendments to the US constitution.

**3.) A statement of facts:** On Monday, May second at approximately 12:30 pm I was leaving my house, and I was confronted by a large group of FBI agents, about 7 in number, who eventually told me they were there to execute a search warrant on my home. Prior to doing this however I was ordered to stand against the wall outside of my home, and I was searched and all my property was taken from me. After that, I was brought over to one of the agents car and he started asking me questions about my personal political views, to which I replied: "that isn't really relevant to whatever you are doing here, and I think it is putting a chill on my first amendment rights by you even asking me that, so let's stick to what is relevant"

Again, I am not making a first amendment claim here, I'm just pointing it out to show an example of the blatantly unprofessional conduct displayed by the agents involved, and how they do not hesitate to trample upon my constitutional rights, and that they do not hesitate to weaponize their capacity as law enforcement officers; to suppress speech they disagree with. In any case of events, it was only after that happened, that I was finally presented with a copy of the search warrant, and told that they were there to look for illegal firearms and ammunition and child pornography. This statement confused me, as I do not own any of those things and never have. Although the warrant appears to have been valid I cannot actually confirm it, as the agents never identified themselves by name, nor shown any valid credentials confirming that they were in fact law enforcement.

Nor can I confirm if any probable cause existed, as the search warrant was apparently sealed, and the basis for it has not been revealed to me; in spite of the agents promising me that it would be made public. In any case the search was conducted over the course of approximately the next two and half hours. During that time the agents asked me about several online groups that engage in many criminal activities, including but not limited to: sexual extortion of minors, extortion of minors to self-harm, animal abuse, child pornography etc etc. Although I was under no obligation to help them, I told them I had knowledge of the groups, and some of the people involved, because a couple of years back I was investigating these very same people, in hopes of

exposing them; essentially investigating them as an act of activism. I told them whatever I could remember, in hopes that it would be helpful in their investigation of people that were actually involved in these activities; which I find abhorrent to say the least.

I also told them about the fact that these individuals involved in that activity, had somehow found out about my intention to expose them, and in retaliation made a fake telegram page, where they essentially made up a bunch of claims about me being involved in these activities, and that they somehow found my personal information, and the information of my family members and released that information on the same page. They claimed to be "exposing me", but why didn't they go to the police if they really believed this? Why was an attempt to extort me for 200$ made right before this page was created (which I also told the agents about during this conversation)?

In addition to this I also told the agents about a former friend of mine that had hacked a friend of mines telegram account, and was able to take control over a page she was helping me to administer, and posted a bunch of fake pedophile allegations, and he posted a pornographic image into the page, that appears to be of a minor, that he claims I produced with no evidence. He also encouraged people to go to the FBI and inform on me, (and I believe he did so as well) in spite of the fact that there was no evidence showing that I had done any of the things he claimed. In addition to that I told them that I saw an account on telegram, that had been using my old username and that they had put my old phone number in the bio (I had not been using that number in about a year and a half by this point, and would not make my number visible to every stranger on telegram even if I had been using it still) and appeared to be masquerading as me; long after I had stopped using that username.

I also emailed another FBI agent after the raid happened with this very same information, as I had his card from before, when he spoke to me on another matter; which now appears to be connected but did not seem to be so previously. I have attached those emails herein as Exhibit B. In any case after that conversation the agents asked me for the passwords to both of my cell phones and my computer, which I freely gave them, as I have nothing to hide in my devices. With the exception of what happened at the beginning of the search, everything else up to this point was standard. At some point one of the agents that was conducting the search came down the stairs (where the other two agents had been speaking to me) and asked me if I had any ammunition, to which I said no I do not have any ammo why? And he replied because we found some empty magazines and some parts and kits in there, and I wanted to know. Then he went back upstairs to continue searching.

Awhile after that he returned with a form which is essentially a partially itemized list of seized property, which he asked me to sign, as an acknowledgement that I was being informed that they were seizing the property. I asked him why they were taking them, as none of the parts tools or kits I had were legally considered firearms or ammunition; so I was legally allowed to have them. He replied that if they were in fact legal they would be returned back to me. But the fact remains that it's highly unlikely that a federal agent would be unaware of what is legally considered a firearm or ammo, and what is not; as they are responsible for enforcing said laws. If this actually were the case, (that they were ignorant of the laws they are supposed to enforce) I would suggest that they are in the wrong line of work. But I do not believe this to be the case at all.

If any of those parts, kits or tools were illegal, I would be in jail awaiting trial for violation of federal firearm laws right now. So I can only can conclude based upon the actions of the agents involved, that they knew that I was allowed to have them legally, and seized them simply because they did not want me to have them for reasons unknown to me. The seizure of this property is a violation of my constitutional rights to remain free from unlawful search and seizure (a valid warrant obviously does not authorize law enforcement to seize lawful property), and to not be deprived of life limb or property without first receiving due process of law; as guaranteed by the fourth and fifth amendments to the U.S constitution.

This action of the agents was knowingly and deliberately done, as the search warrant only authorizes them to seize illegal firearms and ammunition; which none of these items are legally classified as firearms or ammo under state or federal statute. This violation was not only knowingly done, but clearly shows a callous and wanton disregard for, and deliberate indifference to my civil rights under the constitution. In any case, the search continued for a while longer, and at some point I needed to use the bathroom as I had been holding it for quite some time. So I asked the agent who was with me if I could go to use my bathroom. He said yeah lets go see if they are done, and then escorted me up the stairs to the bathroom to see if the room was available so I could use it.

While on my way to the bathroom I noticed that two agents were photographing personal letters of mine; to which I commented "that is really fucking invasive" We then finished going into the room where my bathroom is, and we were informed that they were almost done, but not quite finished. About 15 or 20 minutes later they came down and said they were done, and I was presented with a copy of the document I had been asked to sign earlier; which now included my cell phones, my laptop and a few flash drives that I had as seized property. Then I went upstairs and went to use the bathroom and they left.

Going back to the letters these were unlawfully seized, as the warrant only provided seizure of communications related to illegal firearms, ammunition, and contacts related to sale or purchase of those items, or books or records that were evidence of this, and communications that showed evidence of visual depictions of child pornography, or contacts related to the selling or purchase of child pornography, or books or records related to their sell or purchase. I already stated this in my formal letter of demand to the department of justice, demanding the return of all my items and the destruction of any records they had of the content of my devices and my personal mail, and showed the evidence of it in three exhibits labelled A, B, and ,C. Those exhibits are the warrant itself, the partially itemized list of seized items I signed, (the full list of items is stated by me in the demand letter as they did not list all the tools parts and kits) and a printout from the A.T.F website regarding the legality of lower receivers; and that they are not classified as firearms under the gun control act.

I have included all those documents here in one exhibit as exhibit A. For the specific portions of the warrant that talk about personal communications or writings to be seized see provisions c, d, k, and l, attached here as part of exhibit A. The law already provided for them the ability to inspect and seize any communications that were evidence of criminal activity. This does not extended to personal letters with friends and family that are benign and contain no evidence of criminal activity. The agents were well aware of this fact and that is why the physical letters themselves were not seized. However they were seized in digital form. This is a

blatant violation of my first amendment rights and my rights to remain free from unlawful search and seizure, and my rights to due process, as stated in the first, fourth, and fifth amendments. I am only documenting the first amendment abuses as stated, to fully develop my 4th and 5th amendment claims, and to show a pattern of blatant disregard and deliberate indifference to my civil rights by the U.S Department of Justice. I have already filed a standard form 95 with the DOJ and can argue those claims fully, in a federal torts claims act per 28 USC 2671-2680 if need be, if and when that form is denied or unanswered. I have included two personal letters which were clearly photographed (as they were the only ones lying about and out of place), that are totally benign and contain no evidence of criminal activity.

They are two letters from friends of mine one male and one female, who were both members of an online group that I formed, that was about environmentalism and an archive for survivalist information, teaching people how to be more self-sufficient. Part of the self – sufficiency information was manuals that teach people how to build guns and other weapons. I believe these letters were specifically seized due to the fact that they were members of my online group, as I had a huge envelope full of letters from friends and family that were undisturbed and not removed from where I had them; while these letters were sitting out in the open and not where I left them. These personal letters are attached herein as Exhibit C. I have redacted the addresses from my friends in order to protect their privacy; other than that everything is the same.

This whole search and investigation by the DOJ appears to be politically motivated, as it is perfectly legal to distribute the information that I distributed. You can buy many of the weapons and warfare manuals that I distributed, online on sites like amazon in fact I have bought several of them myself. I guess free speech is only for the rich. In any case again I'm not asking the court to consider first amendment claims; but I think it is important information to consider when determining whether there was a fourth and fifth amendment violations here; as motivation could properly explain the reasons for the numerous violations of my rights. In any case I have included two examples of personal letters that were digitally seized by the DOJ, and you can clearly see that there is nothing criminal in them.

They are attached here as exhibit C. The blatant disregard for my rights, and exceeding the legal scope given to them (which was already very large) by the warrant; is clearly a deliberate violation of those 4th, and 5th amendment rights in and of itself; as stated I'm only including the first amendment stuff as evidence to show an ongoing pattern of flagrant abuse; and deliberate indifference to my constitutional rights. At this point it is res ipsa loquitor, and the government really needs to ask itself, is the photographing of such harmless personal communications, really a wise and judicious use of the time and effort of law enforcement; and a wise use of taxpayer funds for that matter?

Finally, while seizure of electronic devices is standard in such cases where csam (child sex abuse material) is suspected, the ongoing violations of my fourth and fifth amendment rights during this search; should render the complete search, and any potential criminal case( which there will not ever be as I have done nothing wrong) completely invalid. So I am requesting the return of all my property to me, and the destruction of any digital copies of my data from my devices, and the destruction of any digital copies of my personal letters, along with proof these

have been destroyed. The DOJ is likely to claim that they are still investigating the matter, but are they allowed to do so indefinitely?

At what point is it simply just the attempt to permanently deprive me of my personal property by physical coercion (which is literally the legal definition of robbery)? As of the date of this writing it's been 108 days since the search was conducted. Certainly by now, if there was evidence of child pornography, or illegal firearms sells or purchases, or any other criminal activity they would have been able to find it? They didn't just take my phone and computer, they have taken all my personal contacts, hundreds if not thousands of digital books, a manuscript for a book, and the majority of a 60 page essay I was writing that was almost completed, all my memories: including pictures of my friends and family, pictures of my girlfriend, and my ex-girlfriend, nature photos I took, artwork, concert photos and videos etc etc; and certainly I have a vested liberty interest in having those devices; as well as the parts, tools, and kits they illegally seized.

While I get that there has to be a balance between protecting government interests and my constitutional rights; I don't think they should be allowed to permanently deprive me of my property; whilst not showing any evidentiary basis for doing so. And at some point they need to either file a case or return my property to me. My parts, tools and kits being 100% legal need to be immediately returned to me. Everything that was taken I could literally buy again one thing at a time, and there is nothing they could do about it as it is not illegal to do so, and I would do just that if I had the money for it right now. Having an interest in firearms, the parts and tools and kits that are required to make them, and an interest in wanting to know how they are made is not in and of itself a criminal act; and my rights do not end where the fears of the department of justice start.

If congress wants to pass laws that would make that illegal they are welcome to try and do so, however it is not the department of justice's job to legislate new laws; but to enforce the ones that already exist. And since there is no current law on the books making these items illegal; they need to return these items to me immediately.

**4.)  Prayer for relief  :**  Therefore, due to the above mentioned violations of the search warrant, and my constitutional rights as outlined in this cause of action, I the petitioner pray that the court do the following: (1) order the department of justice to return all my seized property to me effective immediately. (2) In the event the court decides this is not possible, then an evidentiary hearing be established to determine whether or not the facts in this case warrant the actions taken by the department of justice; or an order to show cause as to said relief should not be granted. (3) Unspecified compensation to be determined later (after consulting with legal consul), in order to compensate me for the pain, suffering and stress the department of justice and its agents have caused me, and unspecified punitive damages separately, for their blatant and callous violation of my civil rights as guaranteed by the US constitution. (4) If that compensation cannot be granted, in that case I am requesting a jury trial. (5) The appointment of consul to represent me in this cause of action, at the courts expense, as I am indigent and cannot afford to hire said consul; nor am I a professional attorney.

**5.) Declaration of indigent status:** I James Baxter am living on a very fixed income and cannot afford to pay for any fee's, in order to file this cause of action, nor any other costs that may be associated with this cause of action; and am requesting their waiver.

**6.) Verification :** I James Baxter declare under penalty of perjury under the laws of the United States of America the following : I am the petitioner in this cause of action, that I am above the age of 18 years old, that this document was prepared and executed by me, on 8/18/25 and that the foregoing is both true and correct to the best of my knowledge.

**Signature of petitioner printed :** _JAMES Baxter_  **Date of signature:** _8/18/25_

**Signature of petitioner signed :** _/s/ James Baxter_  **Date of signature:** _8/18 25_

James Baxter
P.O. Box 1163
Waterloo IA; 50704

**CERTIFIED MAIL**
9589 0710 5270 2247 4015 93



U.S. POSTAGE IMI
$8.58
FCMF RDC 99
Orig: 50702
Dest: 52401
08/18/25
2000051281

8-18

XRAYED U.S. MARSHALS SERVICE

United States District Court For
the Northern District of Iowa. 111 Seventh Ave
S.E. Cedar Rapids IA; 52401.